**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>EPIC BEAUTY INC. d/b/a OMIANA, and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. CV 22-6202-DMG (PLAx)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)(ii)] [17]** |

   This Matter came before the Court on Plaintiff Tamara Wareka p/k/a Tamara Williams and Defendant Epic Beauty Inc. d/b/a Omiana's Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Pursuant to the parties' joint stipulation and confidential settlement agreement, IT IS HEREBY ORDERED that the above-captioned action, including all claims asserted by Plaintiff against Defendant, is DISMISSED WITH PREJUDICE.

DATED: January 19, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1